# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ERIC WARTHAN, individually and on behalf of a class of similarly situated individuals, | ) CASE NO. 5:24-CV-01650-BMB <br> ) <br> ) JUDGE BRIDGET MEEHAN BRENNAN <br> ) |
| Plaintiff, | ) **STIPULATION FOR EXTENSION OF** <br> ) **TIME TO RESPOND** |
| v. | ) <br> ) |
| LEAFFILTER NORTH, LLC, | ) <br> ) |
| Defendant. | ) <br> ) |

Plaintiff Eric Warthan, individually and on behalf of all others similarly situated, by and through counsel, do hereby stipulate that Defendant LeafFilter North, LLC ("LeafFilter") shall have an extension of time of twenty-eight (28) days from the current deadline, up to and including Monday, December 23, 2024, to move, plead, or otherwise respond to Plaintiffs' Complaint in this Action. LeafFilter has neither requested nor received any prior extensions in the above-referenced cause of action.

Dated: November 11, 2024

Respectfully submitted,

/s/ *Josh Sanford (per email consent)*
Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
Email: josh@sanfordlawfirm.com

*Attorneys for Plaintiff*

/s/ *Nora K. Cook*
NORA K. COOK (0086399)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: ncook@beneschlaw.com

*Attorneys for Defendant LeafFilter North, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

*/s/ Nora K. Cook*
*One of the Attorneys for Defendant LeafFilter North, LLC*