# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ERIC WARTHAN, individually and on behalf of a class of similarly situated individuals, | ) CASE NO. 5:24-CV-01650-BMB <br> ) <br> ) JUDGE BRIDGET MEEHAN BRENNAN <br> ) |
| *Plaintiff*, | ) **NOITICE OF VOLUNTARY DISMISSAl** <br> ) **WITHOUT PREJUDICE** |
| v. | ) <br> ) |
| LEAFFILTER NORTH, LLC, | ) <br> ) |
| *Defendant*. | ) <br> ) |

Plaintiff Eric Warthan ("Plaintiff"), by and through his undersigned counsel, for his Notice of Voluntary Dismissal without Prejudice, hereby states as follows:

1. Pursuant to Fed. R. Civ. Pro. 41(a)(1)A)(i), Plaintiff hereby voluntarily dismisses his Complaint (ECF No. 1) without prejudice.

2. No action based on or including the same claims has been previously dismissed by Plaintiff, and the opposing party has neither served an answer nor a motion for summary judgment.

Date:  December 20, 2024

Respectfully submitted,

**PLAINTIFF ERIC WARTHAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford

Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

The parties may access this filing through the Court's system.

*/s/ Josh Sanford*
**JOSH SANFORD**