UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC WARTHAN, | ) | CASE NO. 5:24-CV-01650 |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| LEAFFILTER NORTH, INC., | ) | **ORDER OF DISMISSAL** |
| Defendant. | ) | |

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 6).  Pursuant to Fed. R. Civ. P. 41(a), this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Date:  January 3, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE